UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORANGE COUNTY IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRO TECH ENGINEERING CORPORATION,<br><br>Defendant. | Case No. 14-CV-04225-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Wan Ling
Defendant's Attorney: Collin Cook

An initial case management conference was held on September 24, 2015. A further case management conference is set for December 16, 2015 at 2:00 p.m. The parties shall file their joint case management statement by December 9, 2015.

The Court referred the parties to a settlement conference with Magistrate Judge Cousins. The parties shall e-mail nccrd@cand.uscourts.gov to request a settlement conference date. The parties shall complete their settlement conference by December 18, 2015.

The discovery limits of the Federal Rules of Civil Procedure shall apply in this case.

The Court set the following case schedule:

1

Case No. 14-CV-04225-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Further Case Management Conference | December 16, 2015 at 2:00 p.m. |
| Deadline to Complete Mediation | December 18, 2015 |
| Close of Fact Discovery | April 29, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | Opening: May 19, 2016<br>Opposition: June 2, 2016<br>Reply: June 9, 2016 |
| Hearing on Dispositive Motions | June 30, 2016 at 1:30 p.m. |
| Final Pretrial Conference | August 25, 2016 at 1:30 p.m. |
| Jury/Bench Trial | September 19, 2016 at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated: September 24, 2015

_____
LUCY H. KOH
United States District Judge

2
Case No. 14-CV-04225-LHK
CASE MANAGEMENT ORDER