United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORANGE COUNTY IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRO TECH ENGINEERING CORPORATION,<br><br>Defendant. | Case No. 14-CV-04225-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference set for December 16, 2015 is hereby CONTINUED to March 16, 2016 at 2 p.m. By December 18, 2015, the parties shall file a settlement status update indicating whether the case has settled.

**IT IS SO ORDERED.**

Dated: December 10, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-04225-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE