UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORANGE COUNTY IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRO TECH ENGINEERING CORPORATION,<br><br>Defendant. | Case No. 14-CV-04225-LHK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 42 |

The parties' stipulation of dismissal with prejudice is GRANTED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 25, 2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-04225-LHK
ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE